UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JAIME LAZARO, et al.,<br>    Plaintiffs, | No. C 09-2013 RMW |
| v. | **ORDER RE: ATTENDANCE** |
| LOMAREY, INC., et al.,<br>    Defendants._____/ | Session Date: June 15, 2010<br>Mediator:   Suzanne Nusbaum |

Plaintiff Edgar Jehovani Lazaro's request to be permitted to participate in mediation by telephone is GRANTED. Mr. Lazaro shall be available to participate in the mediation by telephone throughout the proceedings. In addition, in advance of the mediation, plaintiff's counsel, Adam Wang, shall obtain written authorization from Mr. Lazaro to execute binding settlement documents on his behalf in the event a settlement is reached at mediation.

IT IS SO ORDERED.

June 3, 2010                             By:        /s/ Elizabeth D. Laporte
Dated                                                    Elizabeth D. Laporte
                                                    United States Magistrate Judge