ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248

Attorneys for Plaintiff

# UNITED STATES FEDERAL COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARO, et. al., | Case No. C09-02013 RMW |
| Plaintiffs, | QTFGT"QP"MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES AND COSTS |
| vs. | |
| LOMAREY INC, PATRICK T CORRIGAN, JARED TIKKER and DOES 1-10, | |
| Defendants, | |

Pursuant to Civil Local Rule 6-3, 54-4 & 54-5, Plaintiff's counsel moves to for an order allowing 45 days in which to file a motion for attorney's fees and costs as follows:

1. After a court trial, on March 16, 2012, this Court entered a judgment in favor of Plaintiff. Docket No. 41.

2. Pursuant to Civil Local Rule 54-4 & 54-5, Plaintiffs have 14 days after the date of the judgment in which to file motion for attorney's fees and bill of costs.

3. Because Plaintiffs' counsel have other obligations in other matters and one 5-day jury trial to start on March 26, 2012, Plaintiffs' counsel may not be able to file their fee motions and bill of costs in the time allotted.

4. As such, out of abundances of caution, Plaintiffs request that they be granted an extension to file his motion fro attorney fees and bill of costs in 45 days after the entry of the judgment.

I declare under the penalty of perjury under the laws of the United States the foregoing is true and correct.

Dated: Mach  20, 2012          By:     /s/ ADAM WANG  
                                       Adam Wang  
                                       Attorney for Plaintiffs

[] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff's counsel should file his motion for fees and costs no later than May 4, 2012.

Defendants shall have until June 4, 2012 to file a response.

IT IS SO ORDERED.

Dated: March  4 , 2012

Ronald M. Whyte  
United States District Judge

ORDER ON MOTION FOR EXTENSION OF TIME  
TO APPLY FOR FEES AND COSTS  
Lazaro v. Lomarey Inc., et al.                2                Case No. C-09-2013 RMW